1
2
3
4                         **UNITED STATES DISTRICT COURT**
5                         **NORTHERN DISTRICT OF CALIFORNIA**
6                                  **OAKLAND DIVISION**

7
8  CALLIDUS SOFTWARE INC.,            )   Case No. 4:16-CV-05342-YGR
                                      )
9          Plaintiff,                 )   [~~PROSPOSED~~] ORDER OF DISMISSAL
                                      )
10     v.                             )
                                      )
11 AK LEARNING, LLC, BUSINESS         )
   TRAINING LIBRARY, Inc. (dba        )
12 BIZLIBRARY), and DOES 1 through    )
   20, inclusive,                     )
13                                    )
           Defendants.                )
14                                    )

15
16    Pursuant to the notice of voluntary dismissal, **IT IS HEREBY ORDRED** that this case is
17 dismissed **with** prejudice.  The Clerk shall close this case.
18
19
20
21
22 Dated: January 25, 2017                 By: _____
                                              YVONNE GONZALEZ ROGERS
23                                            United States District Court Judge
24
25
26
27
28